## CAMPBELL V. SHELBY COUNTY.

### *Injunction.*

(Decided May 9th, 1906. 41 So. Rep. 407.)

APPEAL from Shelby Chancery Court.

Heard before Hon. R. B. KELLY.

MARTIN & BOULDEN, for appellant. CECILE BROWNE, and DRYER & WEBB, for appellee.

Appeal dismissed. Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## BROWN, *et al.*, V. THE STATE, *ex rel.* GUNN.

### *Mandamus.*

(Decided May 9th, 1906. 41 So. Rep. 407.)

APPEAL from Shelby Circuit Court.

Heard before Hon. JOHN PELHAM.

CECIL BROWNE and E. H. DRYER, for appellant. No counsel marked for appellee.

Appeal dismissed. Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## CAMPBELL, *et al.* V. SHELBY COUNTY.

### *Injunction.*

(Decided May 9th, 1906. 41 So. Rep. 408.)

APPEAL from Shelby Circuit Court.

Heard from Hon. JOHN PELHAM.

MARTIN & BOULDEN, for appellant. CECILE BROWNE, and DRYER & WEBB, for appellee.

Appeal dismissed. Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON. JJ.. concur.